UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Michael Weinel Hasty                                Docket No. 7:11-CR-161-2BO

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Weinel Hasty, who upon an earlier plea of guilty to 18 U.S.C. §§ 1951 and 2, Interfere With Commerce by Robbery, and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 19, 2012, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. On August 23, 2016, prior to his release, the court modified the conditions of supervision to require participation in mental health treatment to address his long term mental health issues.

Michael Weinel Hasty was released from custody on March 3, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since Hasty's release, he has tested positive for marijuana on March 7 and 20, 2017, and these test results can be attributed to drug use while at the Residential Re-Entry Center prior to his release to supervision. However, on May 17, 2017, Hasty submitted to urine testing and the result was positive for cocaine and marijuana. Hasty suffers from a mental health condition which he takes medication to control, however he is able to understand that use of illegal drugs is not allowed and will not be tolerated. As such, we are recommending supervision be continued and Hasty be required to participate in drug aftercare treatment and testing in addition to his mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>U.S. Probation Officer<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: May 30, 2017 |

Michael Weinel Hasty
Docket No. 7:11-CR-161-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __30__ day of __May__, 2017, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge